IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD DON BROWN,

    Petitioner,                    No. CIV S-05-1195 LKK DAD P

    vs.

WARDEN YATES, et al.,

    Respondents.                ORDER

_____/

    Good cause appearing, IT IS HEREBY ORDERED that respondent's July 19, 2005 request for enlargement of time is granted. A response to the petition for writ of habeas corpus shall be filed on or before August 22, 2005.

DATED: July 20, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
brow1195.111