IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD DON BROWN,** | CIV S-05-1195 LKK DAD P |
| Petitioner, | **ORDER ON RESPONDENT'S SECOND REQUEST FOR** |
| v. | **ENLARGEMENT OF TIME** |
| **WARDEN YATES, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondent's August 17, 2005 application for an enlargement of time is hereby granted. A responsive pleading to the petition for writ of habeas corpus shall be filed on or before September 21, 2005.

DATED: August 17, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/brow1195.111s