IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD DON BROWN,

    Petitioner,                              No. CIV S-05-1195 LKK DAD P

    vs.

WARDEN YATES, et al.,

    Respondents.                          ORDER

/

        Petitioner has requested an enlargement of time to file a traverse. However, since respondents have not yet filed and served an answer to petitioner's application for a writ of habeas corpus, petitioner's motion is premature. Accordingly, IT IS HEREBY ORDERED that petitioner's September 8, 2005 motion for enlargement of time is denied without prejudice to the filing of a renewed motion after respondents file a response to petitioner's habeas petition.

DATED: September 13, 2005.

                                        /s/ Dale A. Drozd
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD:13
brow1195.111den