1  BILL LOCKYER
   Attorney General of the State of California
2  ROBERT R. ANDERSON
   Chief Assistant Attorney General
3  MARY JO GRAVES
   Senior Assistant Attorney General
4  BRIAN R. MEANS
   Supervising Deputy Attorney General
5  BRIAN G. SMILEY
   Deputy Attorney General
6  State Bar No. 180658
     1300 I Street
7    P.O. Box 944255
     Sacramento, CA 94244-2550
8    Telephone: (916) 324-5286
     Fax: (916) 324-2960
9    Email: Brian.Smiley@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD DON BROWN,** | CIV S-05-1195 LKK DAD P |
| Petitioner, | **NOTICE OF LODGING OF DOCUMENTS** |
| v. | |
| **WARDEN YATES, et al.,** | |
| Respondent. | |

Respondents, James A. Yates, Warden of Pleasant Valley State Prison in Coalinga, California, et al., hereby lodge the following record in support of their answer to petition for writ of habeas corpus:

Clerk's Transcript on Appeal, one volume, pages 1-260;

Reporter's Transcript on Appeal, one volume, pages 1-28;

Reporter's Transcript on Appeal, one volume, pages 1-10;

Lodged Document No. 1 - Appellant's Opening Brief on direct appeal;

Lodged Document No. 2 - Respondent's Brief on direct appeal;

Lodged Document No. 3 - Appellant's letter submitting his appeal without a reply brief;

Lodged Document No. 4 - Opinion of the California Court of Appeal;

Lodged Document No. 5 - Petition for Writ of Habeas Corpus in the Butte County Superior Court;

Lodged Document No. 6 - Opinion of the Butte County Superior Court;

Lodged Document No. 7 - Petition for Writ of Habeas Corpus in the California Court of Appeal;

Lodged Document No. 8 - Order by the California Court of Appeal;

Lodged Document No. 9 - Petition for Writ of Habeas Corpus in the California Supreme Court;

Lodged Document No.10 - Order by the California Supreme Court; and

Lodged Document No. 11 - Amended Abstract of Judgment.

Dated:  September 28, 2005

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

ROBERT R. ANDERSON
Chief Assistant Attorney General

MARY JO GRAVES
Senior Assistant Attorney General

BRIAN R. MEANS
Supervising Deputy Attorney General

/s/  Brian G. Smiley

BRIAN G. SMILEY
Deputy Attorney General

Attorneys for Respondent

BGS:mp
SA2005300420

Notice of Lodging of Documents

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name: ***Edward Don Brown v. Warden Yates, et al.***     No.: **CIV S-05-1195 LKK DAD P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 28, 2005, I served the attached **NOTICE OF LODGING OF DOCUMENTS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, P.O. Box 944255, Sacramento, California 94244-2550, addressed as follows:

Edward Don Brown
T-60348
[COR LD NTC] [PRO SE]
AG-207
P.O. Box 409020
Ione, CA  95640

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 28, 2005, at Sacramento, California.

/s/ Brian G. Smiley

Brian G. Smiley