IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD DON BROWN,

    Petitioner,                    No. CIV S-05-1195 LKK DAD P

    vs.

WARDEN YATES, et al.,

    Respondents.                  ORDER

_____/

        GOOD CAUSE APPEARING, respondents' motion to file exhibit one to the response to petitioner's motion for reconsideration under seal (Doc. No. 28) will be granted.

        IT IS SO ORDERED.

DATED: March 3, 2010.

                                                   DALE A. DROZD
                                                   UNITED STATES MAGISTRATE JUDGE

brown1195.seal

1