FILED

JAN 28 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EDWARD DON BROWN,<br><br>            Petitioner - Appellant,<br><br>   v.<br><br>YATES, Warden,<br><br>            Respondent - Appellee. | No. 10-17862<br><br>D.C. No. 2:05-cv-01195-LKK-DAD<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Before:    O'SCANNLAIN and BYBEE, Circuit Judges.

   The request for a certificate of appealability is denied due to the failure to file a timely notice of appeal. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 4(a). All outstanding motions, if any, are denied as moot.