UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DON BROWN,<br><br>        Petitioner,<br><br>    v.<br><br>B. CATES, WARDEN,<br><br>        Respondent. | No.  2:05-cv-01195-DAD-CSK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PETITIONER'S MOTION FOR A NEW STATE COURT TRIAL WITHOUT PREJUDICE TO THE FILING OF A SECOND OR SUCCESSIVE FEDERAL HABEAS PETITION IF AUTHORIZED<br><br>(Doc. Nos. 42, 44) |

On August 12, 2024 petitioner, a state prisoner proceeding *pro se* and *in forma pauperis*, filed a motion for a new state court trial (Doc. No. 42) in this previously closed federal habeas action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 17, 2025, the assigned magistrate judge issued findings and recommendations recommending that petitioner's motion for a new trial in state court be denied without prejudice to his filing of a federal petition for writ of habeas corpus once he obtains authorization from the United States Court of Appeals for the Ninth Circuit to file a second or successive federal petition.  (Doc. No. 44 at 4.)  Specifically, the magistrate judge concluded that:

> As noted above, petitioner previously filed an application for a writ of habeas corpus attacking the conviction and sentence challenged in his 2024 motion.  The previous application was filed on June 15,

1

> 2005, and was denied on the merits on March 31, 2009. Before petitioner can again challenge his Butte County conviction, he must move in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider the application. 28 U.S.C. § 2244(b)(3).

(*Id.*)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 5.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 44) are adopted in full;
2. Petitioner's motion for a new trial in state court (Doc. No. 42) is denied without prejudice to his filing of a federal petition for writ of habeas corpus once he obtains authorization from the United States Court of Appeals for the Ninth Circuit to file a second or successive federal petition; and
3. The Clerk of the Court is directed to again close this case.

IT IS SO ORDERED.

Dated: **February 18, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2